484

391 A.2d 989

COMMONWEALTH of Pennsylvania

v.

Michael Francis Anthony MANNING, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1978.

Decided Aug. 9, 1978.

H. Stanley Rebert, Public Defender, York, for appellant.

Floyd P. Jones, Asst. Dist. Atty., York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.